UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DERAS-RECINOS | Case No.1:25-cv-02123 |
| Plaintiff | |
| | |
| VS. | Judge:  James D. Cain, Jr. |
| BONDI, ET AL | |
| Defendant | Magistrate Judge: |
| | Thomas P. LeBlanc |

**ORDER**

CONSIDERING the Motion to Appear Pro Hac Vice [Doc. 2];

IT IS ORDERED that the motion is GRANTED, and, accordingly, REBECCA SUSAN SWAINTEK-GREEN is hereby admitted to the bar of this Court pro hac vice on behalf of plaintiff DAGOBERO ALEXANDER DERAS-RECINOS in the above described action.

SO ORDERED at Lake Charles, Louisiana, this 30th day of December, 2025.

THOMAS P. LEBLANC
United States Magistrate Judge