**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

DAGOBERO ALEXANDER DERAS-RECINOS

CASE NO.  1:25-CV-02123 SEC P

VERSUS

JUDGE JAMES D. CAIN, JR.

PAMELA JO BONDI ET AL

MAGISTRATE JUDGE LEBLANC

**JUDGMENT OF DISMISSAL**

Considering the "Motion for Voluntary Dismissal" (Doc. 9), which indicates that Petitioner has voluntarily removed to his native country,[1]

**IT IS ORDERED** that this matter is **DISMISSED** without prejudice with each party to bear their own costs.

**THUS DONE AND SIGNED** in chambers on this 9th day of April, 2026.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**

---

[1] See Doc. 10.